UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIE RODIONOV,<br><br>         Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD. et al.,<br><br>         Defendants. | Case No. 2:24-cv-08556-SB-E<br><br>ORDER TO SHOW CAUSE RE DISMISSAL OF UNSERVED DEFENDANTS FOR LACK OF PROSECUTION |

    In response to the Court's January 7 order to show cause (OSC) why the case should not be dismissed for lack of prosecution, Plaintiff filed proofs of service as to three defendants and a response stating that she expected to serve the remaining two defendants—Zoetop Business Co., Ltd. and Roadget Business Pte., Ltd.—by January 15.  Dkt. Nos. 11–15.  The Court discharged its OSC and granted a short extension under Rule 4(m), ordering that "Plaintiff shall serve all remaining Defendants and file proofs of service no later than January 17, 2025."  Dkt. No. 16.  The deadline has passed, and Plaintiff has not filed the required proofs of service.  Accordingly, Plaintiff is ordered to show cause in writing by January 27, 2025, why her claims against Zoetop Business Co., Ltd. and Roadget Business Pte., Ltd. should not be dismissed without prejudice for lack of prosecution.  Failure to timely respond to this OSC will be deemed consent to the dismissal of the unserved defendants without prejudice.

Date: January 21, 2025

                                            Stanley Blumenfeld, Jr.
                                       United States District Judge